**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Heart of Texas Shooting Center, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 1 – 3 9 7 7 0 9 6

**4. Debtor's address**

**Principal place of business**

5040 S. Loop 340
Number    Street

Robinson, TX 76706
City                              State    ZIP Code

Mclennan
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                              State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Heart of Texas Shooting Center, LLC _____   Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

District _____ When _____ Case number _____
　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Case number, if known _____

Debtor    Heart of Texas Shooting Center, LLC                                    Case number *(if known)*
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                             Number          Street<br><br>_____<br>City                                    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

---

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                     ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000              ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000             ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million            ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor __Heart of Texas Shooting Center, LLC_____     Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/02/2023_____
             MM/ DD/ YYYY

X __/s/ Eric Nutt_____          _____Eric Nutt_____
   Signature of authorized representative of debtor          Printed name

Title _____Manager_____

**18. Signature of attorney**

X _____/s/ Stephen W Sather_____     Date __06/02/2023_____
   Signature of attorney for debtor                              MM/ DD/ YYYY

   _Stephen W Sather_____
   Printed name

   _Barron & Newburger, P.C._____
   Firm name

   _7320 N. MoPac Expressway 400_____
   Number        Street

   _Austin_____     _TX___     _78731_____
   City                        State      ZIP Code

   _(512) 649-3243_____     _ssather@bn-lawyers.com___
   Contact phone                       Email address

   _17657520_____     _TX_____
   Bar number                          State

Fill in this information to identify the case:

Debtor name _____Heart of Texas Shooting Center, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  **First National Bank of McGregor** | **Checking account** | **3926** | **$409.00** |
| 3.2  **Alliance Bank Central Texas** | **Checking account** | **9705** | **$14,384.00** |

4.  **Other cash equivalents** *(Identify all)*
    **None**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            **$14,793.00**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

Debtor    __Heart of Texas Shooting Center, LLC__          Case number *(if known)* _____
          Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

---

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:  _____ - _____ = ...... ➜    _____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ - _____ = ...... ➜    _____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $0.00

---

### Part 4:  Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Debtor    **Heart of Texas Shooting Center, LLC**            Case number *(if known)* _____
      Name

      None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.          **$0.00**

---

**Part 5:**   Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 **Firearms, Ammunition, accessories, clothing** | MM / DD / YYYY | (Unknown) | | $218,751.00 |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.          **$218,751.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

Debtor   __Heart of Texas Shooting Center, LLC__                                    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.   Crops — either planted or harvested**

   **None**

**29.   Farm animals** *Examples:* Livestock, poultry, farm-raised fish

   **None**

**30.   Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.   Farm and fishing supplies, chemicals, and feed**

   **None**

**32.   Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.   Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                          $0.00

**34.   Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor   **Heart of Texas Shooting Center, LLC**                               Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1  TV, Personal PC's, Servers, Networking equipment, CB radios, printers, desks, chairs, filing cabinets | (Unknown) | | $21,392.00 |
| **40.  Office fixtures** | | | |
| None | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Range equipment, kitchen appliances, retail displays, tables, folding tables, chair, folding chairs | (Unknown) | | $206,215.00 |
| **42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |

**43.  Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                      $227,607.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |

Debtor    __Heart of Texas Shooting Center, LLC_____    Case number *(if known)* _____
              Name

**48. Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

**None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                          **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real Property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                          **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Heart of Texas Shooting Center, LLC**                              Case number *(if known)*
          Name

---

## Part 10:    Intangibles and Intellectual Property

59.   **Does the debtor have any interests in intangibles or intellectual property?**
      ☑ No. Go to Part 11.
      ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.   **Patents, copyrights, trademarks, and trade secrets**

      None

61.   **Internet domain names and websites**

      None

62.   **Licenses, franchises, and royalties**

      None

63.   **Customer lists, mailing lists, or other compilations**

      None

64.   **Other intangibles, or intellectual property**

      None

65.   **Goodwill**

      None

66.   **Total of Part 10**
      Add lines 60 through 65. Copy the total to line 89.                                          $0.00

67.   **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
      ☑ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

## Part 11:    All other assets

---

Debtor    **Heart of Texas Shooting Center, LLC**                                   Case number *(if known)*
          Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **None**

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                          $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Heart of Texas Shooting Center, LLC**                           Case number *(if known)* _____
          Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $14,793.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $218,751.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $227,607.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*................................................. | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $461,151.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................ | | $461,151.00 |

Fill in this information to identify the case:

Debtor name __Heart of Texas Shooting Center, LLC__

United States Bankruptcy Court for the: _____Western_____ District of _____Texas_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,189,244.57 |
| --- | --- |

Debtor   Heart of Texas Shooting Center, LLC _____   Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.1**

**Creditor's name**

First National Bank of McGregor

**Creditor's mailing address**

901 S. 8th Street

Waco, TX 76706

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Firearms, Ammunition, accessories, clothing: **1) First National Bank of McGregor**; 2) McLennan County Tax Office; For Range equipment, kitchen appliances, retail displays, tables, folding tables, chair, folding chairs: **1) First National Bank of McGregor**; 2) McLennan County Tax Office; For TV, Personal PC's, Servers, Networking equipment, CB radios, printers, desks, chairs, filing cabinets: **1) First National Bank of McGregor**; 2) McLennan County Tax Office

**Describe debtor's property that is subject to a lien**

Alliance Bank Central Texas, Firearms, Ammunition, accessories, clothing, First National Bank of McGregor, Range equipment, kitchen appliances, retail displays, tables, folding tables, chair, folding chairs, TV, Personal PC's, Servers, Networking equipment, CB radios, printers, desks, chairs, filing cabinets

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $2,184,798.57

Column B: $461,151.00

Debtor __Heart of Texas Shooting Center, LLC__                    Case number (if known) _____
          Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

McLennan County Tax Office

**Creditor's mailing address**

P.O. Box 406

Waco, TX 76703-0406

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Range equipment, kitchen appliances, retail displays, tables, folding tables, chair, folding chairs, TV, Personal PC's, Servers, Networking equipment, CB radios, printers, desks, chairs, filing cabinets, Firearms, Ammunition, accessories, clothing

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $4,446.00

Column B: $446,358.00

| Debtor | Heart of Texas Shooting Center, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3 Creditor's name**

Sports South, LLC

**Creditor's mailing address**

101 Robert G. Harris Drive

Shreveport, LA 71115

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: unknown

Column B: unknown

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Heart of Texas Shooting Center, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**  Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **Heart of Texas Shooting Center, LLC**

    Name                                  Case number *(if known)*

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express

PO Box 981535

El Paso, TX 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$14,593.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**3.2** Nonpriority creditor's name and mailing address

Crow Shooting Supplies

200 South Front Street

Montezuma, IA 50171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

$3,333.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**3.3** Nonpriority creditor's name and mailing address

Davidson's

2625 Stearman Rd

Prescott, AZ 86301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

$15,978.00

Date or dates debt was incurred

Last 4 digits of account number   6   4   2   7

**3.4** Nonpriority creditor's name and mailing address

Heckler & Koch

5675 Transport Blvd.

Columbus, GA 31907

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

$6,559.00

Date or dates debt was incurred

Last 4 digits of account number   8   5   9   9

Debtor    **Heart of Texas Shooting Center, LLC**                                    Case number *(if known)* _____
_____
Name

## Part 2:  Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,462.22 |

**3.5**

Nonpriority creditor's name and mailing address

**iHeart Media, Inc.**

**c/o Law Office of Richard Avis**

**5500 Pearl St Suite 250**

**Des Plaines, IL 60018**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $20,462.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address

**KXXV 25**

**Scripps Media, Inc.**

**PO Box Box 203584**

**Dallas, TX 75320**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7**

Nonpriority creditor's name and mailing address

**Lipseys**

**7277 Exchanger Drive**

**Baton Rouge, LA 70809**

Date or dates debt was incurred _____

Last 4 digits of account number  5  3  9  2

As of the petition filing date, the claim is: $1,540.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**

Nonpriority creditor's name and mailing address

**Norma Precision**

**2 East Bryan St. Suite 1300**

**Savannah, GA 31401**

Date or dates debt was incurred _____

Last 4 digits of account number  3  3  9  5

As of the petition filing date, the claim is: $14,505.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Heart of Texas Shooting Center, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,920.00** |

RSR Group

4405 Metric Dr.

Winter Park, FL 32792

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Line of Credit

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   7  8  4  5

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,490.00** |

Star Advertising

38 Timber Ridge Trl

Lorena, TX 76655

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Line of Credit

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Heart of Texas Shooting Center, LLC**
     Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Smiley, Mike** <br> **PO Box 9158** <br> **Underwood Law Firm** <br> **Amarillo, TX 79105** | Line **3.3** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Heart of Texas Shooting Center, LLC**                                    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $119,880.22 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $119,880.22 |

Fill in this information to identify the case:

Debtor name _____Heart of Texas Shooting Center, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **Heart of Texas Shooting Center, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 HOTSC Holdings, LLC | Street _____<br><br>City     State     ZIP Code | First National Bank of McGregor | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Nutt, Eric | Street _____<br><br>City     State     ZIP Code | First National Bank of McGregor | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Heart of Texas Shooting Center, LLC** | Case number (if known) | |
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | | | ❑ D |
| | | Street | | ❑ E/F |
| | | | | ❑ G |
| | | City          State          ZIP Code | | |
| 2.6 | | | | ❑ D |
| | | Street | | ❑ E/F |
| | | | | ❑ G |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ Heart of Texas Shooting Center, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................

   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................

   $461,151.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................

   $461,151.00

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $2,189,244.57

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   + $119,880.22

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   $2,309,124.79

Fill in this information to identify the case:

Debtor name _____ Heart of Texas Shooting Center, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 American Express<br>PO Box 981535<br>El Paso, TX 79998 | | Credit Card | | | | $14,593.00 |
| 2 Crow Shooting Supplies<br>200 South Front Street<br>Montezuma, IA 50171 | | Line of Credit | | | | $3,333.00 |
| 3 Davidson's<br>2625 Stearman Rd<br>Prescott, AZ 86301 | | Line of Credit | | | | $15,978.00 |
| 4 First National Bank of McGregor<br>901 S. 8th Street<br>Waco, TX 76706 | | | | $2,184,798.57 | $461,151.00 | $1,723,647.57 |
| 5 Heckler & Koch<br>5675 Transport Blvd.<br>Columbus, GA 31907 | | Line of Credit | | | | $6,559.00 |
| 6 iHeart Media, Inc.<br>c/o Law Office of Richard Avis<br>5500 Pearl St Suite 250<br>Des Plaines, IL 60018 | | Advertising | Disputed | | | $20,462.22 |
| 7 KXXV 25<br>Scripps Media, Inc.<br>PO Box Box 203584<br>Dallas, TX 75320 | | | | | | $2,500.00 |
| 8 Lipseys<br>7277 Exchanger Drive<br>Baton Rouge, LA 70809 | | Line of Credit | | | | $1,540.00 |

Debtor  __Heart of Texas Shooting Center, LLC_____  Case number (if known) _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | McLennan County Tax Office P.O. Box 406 Waco, TX 76703-0406 | | | | $4,446.00 | $446,358.00 | $4,446.00 |
| 10 | Norma Precision 2 East Bryan St. Suite 1300 Savannah, GA 31401 | | Line of Credit | | | | $14,505.00 |
| 11 | RSR Group 4405 Metric Dr. Winter Park, FL 32792 | | Line of Credit | | | | $17,920.00 |
| 12 | Star Advertising 38 Timber Ridge Trl Lorena, TX 76655 | | Line of Credit | | | | $22,490.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Heart of Texas Shooting Center, LLC**                          CASE NO

                                                                        CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____06/02/2023_____     Signature _____/s/ Eric Nutt_____
                                                                        Eric Nutt, Manager

American Express
PO Box 981535
El Paso, TX 79998

Crow Shooting Supplies
200 South Front Street
Montezuma, IA 50171

Davidson's
2625 Stearman Rd
Prescott, AZ 86301

First National Bank of
McGregor
901 S. 8th Street
Waco, TX 76706

Heckler & Koch
5675 Transport Blvd.
Columbus, GA 31907

HOTSC Holdings, LLC

iHeart Media, Inc.
c/o Law Office of Richard Avis
5500 Pearl St Suite 250
Des Plaines, IL 60018

KXXV 25
Scripps Media, Inc.
PO Box Box 203584
Dallas, TX 75320

Lipseys
7277 Exchanger Drive
Baton Rouge, LA 70809

McLennan County Tax Office
P.O. Box 406
Waco, TX 76703-0406

Norma Precision
2 East Bryan St. Suite 1300
Savannah, GA 31401

Eric Nutt

RSR Group
4405 Metric Dr.
Winter Park, FL 32792

Mike Smiley
Underwood Law Firm
PO Box 9158
Amarillo, TX 79105

Sports South, LLC
101 Robert G. Harris Drive
Shreveport, LA 71115

Star Advertising
38 Timber Ridge Trl
Lorena, TX 76655