# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| HEART OF TEXAS SHOOTING CENTER, LLC. | § § § | Case No. 23-60263-mmp |
| Debtor | § | |

## DEBTOR'S MOTION TO DISMISS CASE

This pleading requests relief that may be adverse to your interests.

If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.

A timely filed response is necessary for a hearing to be held.

COMES NOW, HEART OF TEXAS SHOOTING CENTER, LLC.. ("HOTSC" or "*Debtor*") and hereby file its' Motion to Dismiss and in support thereof would respectfully show as follows:

1. Debtor has been unable to confirm a plan in this case.

2. The Court has lifted the automatic stay to allow for foreclosure of the real property owned by the jointly administered Debtor, HOTSC Holdings, LLC. This foreclosure is set for April 2, 2024.

3. Foreclosure of the real property will lead to loss of the ability to run the business.

4. Because there is no longer a reorganization to be pursued, this case should be dismissed.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion was served by first class mail, postage prepaid and properly addressed, on March 18, 2024 to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.

/s/ Stephen Sather
Stephen Sather

```
Label Matrix for local noticing         HOTSC Holdings, LLC                     Heart of Texas Shooting Center, LLC
0542-6                                  5040 S. Loop 340                        5040 S. Loop 340
Case 23-60263-mmp                       Robinson, TX 76706-4638                 Robinson, TX 76706-4638
Western District of Texas
Waco
Wed Dec  6 14:08:21 CST 2023

U.S. BANKRUPTCY COURT                   American Express                        American Express National Bank
800 FRANKLIN AVE., SUITE 140            PO Box 981535                           c/o Becket and Lee LLP
WACO, TX 76701-1934                     El Paso, TX 79998-1535                  PO Box 3001
                                                                                Malvern  PA 19355-0701


Crow Shooting Supplies                  Davidson's                              Davidson's, Inc.
200 South Front Street                  2625 Stearman Rd                        c/o Underwood Law Firm, P.C.
Montezuma, IA 50171-1184                Prescott, AZ 86301-6142                 P. O. Box 9158
                                                                                Amarillo, TX 79105-9158


First National Bank of McGregor         First National Bank of McGregor         Heckler & Koch
901 S. 8th Street                       c/o Michael P. Menton                   5675 Transport Blvd.
Waco, TX 76706-1143                     3333 Lee Parkway, 8th Floor             Columbus, GA 31907-1471
                                        Dallas, Texas 75219-5111


IFPS Corporation                        IFPS Corporation                        IPFS Corporation
PO Box Box 419090                       POB 419090                              30 Montgomery Street
Kansas City, MO 64141-6090              Kansas City, MO 64141-6090              Suite 501
                                                                                Jersey City, NJ 07302-3821


KXXV 25                                 Lipseys                                 McLennan County
Scripps Media, Inc.                     7277 Exchanger Drive                    c/o Diane W. Sanders
PO Box Box 203584                       Baton Rouge, LA 70806                   Linebarger Goggan Blair & Sampson, LLP
Dallas, TX 75320-3584                                                           P.O. Box 17428
                                                                                Austin, TX 78760-7428

McLennan County Tax Office              Mike Smiley                             Norma Precision
P.O. Box 406                            Underwood Law Firm                      2 East Bryan St. Suite 1300
Waco, TX 76703-0406                     PO Box 9158                             Savannah, GA 31401-2672
                                        Amarillo, TX 79105-9158


Norma Precision Inc.                    (p)KERRI NICKS                          Scripps Media, Inc.
200 Blue Moon Crossing, Suite 100       ATTN RSR GROUP                          c/o Kohner, Mann & Kailas, S.C.
Pooler, GA 31322                        4405 METRIC DRIVE                       4650 North Port Washington Road
Unites States 31322-9697                WINTER PARK FL 32792-6904               Milwaukee, Wisconsin 53212-1077


Sports South, LLC                       Star Advertising                        The First National Bank of McGregor
101 Robert G. Harris Drive              38 Timber Ridge Trl                     c/o Michael P. Menton
Shreveport, LA 71115-3602               Lorena, TX 76655-3035                   3333 Lee Parkway, 8th Floor
                                                                                Dallas, TX 75219-5111


United States Trustee - WA12            Waco ISD                                iHeart Media, Inc.
United States Trustee                   c/o McCreary, Veselka, Bragg & Allen    c/o Law Office of Richard Avis
903 San Jacinto Blvd, Suite 230         Attn:  Julie Anne Parsons               5500 Pearl St Suite 250
Austin, TX 78701-2450                   P.O. Box 1269                           Des Plaines, IL 60018-5301
                                        Round Rock, TX 78680-1269
```

| | |
|---|---|
| Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

RSR Group
4405 Metric Dr.
Winter Park, FL 32792

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Eric Nutt | (u)HOTSC Holdings, LLC | End of Label Matrix<br>Mailable recipients  31<br>Bypassed recipients   2<br>Total                33 |